## United States District Court for the Northern District of Illinois

Case Number: 08cv3085          Assigned/Issued By: j. n.

Judge Name: lindberg          Designated Magistrate Judge: cole

### FEE INFORMATION

*Amount Due:*  [✓] $350.00     [ ] $39.00     [ ] $5.00
              [ ] IFP          [ ] No Fee     [ ] Other _____
              [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350          Receipt #: 2811435

Date Payment Rec'd: 5/28/08          Fiscal Clerk: j. n.

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   
                                         _____
                                         (Victim, Against and $ Amount)
[ ] Citation to Discover Assets
[ ] Writ _____
        (Type of Writ)

1 Original and 0 copies on 5/29/08 as to defendant
                              (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05