AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TARA PICHLA, individually and on behalf of
the class defined herein,
        Plaintiff,

V.

PORTFOLIO RECOVERY ASSOCIATES LLC,
        Defendant.

CASE NUMBER:

ASSIGNED JUDGE: 08CV3085
JUDGE LINDBERG

DESIGNATED MAGISTRATE JUDGE: MAG. JUDGE COLE

TO: (Name and address of Defendant)

PORTFOLIO RECOVERY ASSOCIATES LLC
c/o National Registered Agents, Inc, Registered Agent
200 West Adams Street
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St. 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*(signature)*
(By) DEPUTY CLERK

May 29, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/30/08   10:45am |
| NAME OF SERVER *(PRINT)*  Jonathan Daniel | TITLE  Paralegal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: National Registered Agents, Inc., c/o Kim Hightower, Accounting Supervisor, 200 W. Adams, Suite 2007, Chicago IL 60606

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/30/08
        *Date*

*Signature of Server*

120 S. LaSalle St, Suite 1800, Chicago, IL 60603
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.