IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TARA PICHLA, individually and on behalf of the class defined herein, | ) ) ) | |
| Plaintiff, | ) ) | Judge Lindberg |
| v. | ) ) | Case No.: 08 C 3085 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC. | ) ) | Magistrate Judge Cole |
| Defendant. | ) | |

## STIPULATION REGARDING MOTION FOR CLASS CERTIFICATION

On June 27, 2008, plaintiff filed a motion for class certification, and a supporting memorandum of law. (Docket Nos. 15 & 16.) Plaintiff filed this motion because some Courts have found that a Fed.R.Civ.P. 68 offer of judgment to a putative class representative, made prior to the filing of a class certification motion, would moot any claim that a class of similarly situated persons can be certified. See *White v. Humana Health Plan, Inc.*, 2007 U.S. Dist. LEXIS 32263 (N.D.Ill. May 2, 2007). Plaintiff does not concede that a Rule 68 offer has this effect, but filed the motion out of caution.

After a conference between counsel, the parties now hereby stipulate as follows:

1. The motion for class certification should be withdrawn, without prejudice.

2. Defendant agrees to make no attempt to moot plaintiff's claim that a class should be certified in this case, whether through a Fed.R.Civ.P. 68 offer of judgment or otherwise.

3. Plaintiff may re-file a motion for class certification after the parties have taken

discovery. With respect to that motion, both plaintiff and defendant reserve the right to assert any facts, and make any good-faith arguments, regarding the motion's merits.

SO STIPULATED on this day, July 2, 2008.

| *For plaintiff* | *For defendant* |
|---|---|
| s/ Francis R. Greene | s/ James K. Schultz |
| Francis R. Greene | James K. Schultz |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | SESSIONS, FISHMAN, NATHAN & ISRAEL |
| 120 South LaSalle Street, 18th Floor | 1000 Skokie Boulevard |
| Chicago, Illinois  60603 | Suite 430 |
| (312) 739-4200 | Wilmette, Illinois  60091 |
| (312) 419-0379 (FAX) | (847) 853-6100 |
| courtecl@edcombs.com | (847) 853-6105 (FAX) |
| | jschultz@sessions-law.biz |

**CERTIFICATE OF SERVICE**

   I, Francis R. Greene, hereby certify that on July 2, 2008, I caused to be filed the foregoing document via the CM/ECF System, which sent notification of such filing to the following parties via electronic mail:

David Israel
disrael@sessions-law.biz


James K. Schultz
jschultz@sessions-law.biz

s/Francis R. Greene<br>Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)