## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Tara Pichla
                               Plaintiff,

v.                                                        Case No.: 1:08−cv−03085
                                                               Honorable George W. Lindberg

Portfolio Recovery Associates LLC
                               Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2008:

      MINUTE entry before the Honorable George W. Lindberg: MOTION by Plaintiff Tara Pichla to certify class is withdrawn without prejudice.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.