IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TARA PICHLA, individually and on behalf of the class, | ) ) ) | |
| Plaintiff, | ) ) | Judge Lindberg |
| -vs- | ) ) | Case No.:   08 C 3085 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) ) ) | Magistrate Judge Cole |
| Defendant. | ) | |

**DEFENDANT PORTFOLIO RECOVERY ASSOCIATES' FEDERAL
RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT
AND LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

Defendant Portfolio Recovery Associates, L.L.C. (PRA), by and through the undersigned counsel and pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure and Local Rule 3.2, hereby submits its Corporate Disclosure Statement and states as follows:

1. Fed. R. Civ. P. 7.1 provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. Portfolio Recovery Associates, L.L.C., a Delaware limited liability company is a subsidiary of Portfolio Recovery Associates, Inc., a publicly traded company. No publicly held corporation owns 10% or more of Portfolio Recovery Associates, Inc. stock.

1

                        Respectfully submitted,


                        /s/ James K. Schultz
                        Attorney for Defendant PRA


David Israel
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
Lakeway Two, Suite 200
3850 North Causeway Boulevard
Metairie, LA 70002-7227
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
E-Mail:    disrael@sessions-law.biz


James K. Schultz
SESSIONS, FISHMAN, NATHAN & ISRAEL OF ILLINOIS, LLC
1000 Skokie Boulevard, Suite 430
Wilmette, IL 60091
Telephone: (847) 853-6100
Facsimile: (847) 853-6105
E-Mail:    jschultz@sessions-law.biz

Attorney for Portfolio Recovery Associates LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TARA PICHLA, individually and on behalf of the class, | ) ) ) | |
| Plaintiff, | ) ) | Judge Lindberg |
| -vs- | ) ) | Case No.:   08 C 3085 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) ) | Magistrate Judge Cole |
| Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

I certify that on this 9th day of July, 2008, a copy of the foregoing Corporate Disclosure Statement was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

    Daniel A. Edelman
    Cathleen M. Combs
    James O. Latturner
    EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
    120 S. LaSalle Street 18th Floor
    Chicago, Illinois 60603

                                                /s/ James K. Schultz
                                                Attorney for Defendant PRA